UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Anthony W. Krier,

          Debtor.            BKY 11-48040

----------------------------------

CBIZ BVKT, LLC, n/k/a CBIZ Accounting, Tax & Advisory of Minnesota, LLC,            ADV 12-4089

          Plaintiff,

v.            **JUDGMENT**

Anthony W. Krier,

          Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: The defendant's debt to the plaintiff is excepted from the defendant's discharge.

Dated:    August 15, 2012            Lori A. Vosejpka
At:       Minneapolis, Minnesota       Clerk of Bankruptcy Court

                                             /e/ Lynn M. Hennen
                                By: _____
                                             Lynn M. Hennen
                                             Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/15/2012*
Lori Vosejpka, Clerk, by LH